| | |
|---|---|
| 1 | PACIFIC TRIAL ATTORNEYS, |
| 2 | A Professional Corporation |
| 3 | Scott J. Ferrell, State Bar No. 202094 |
|   | sferrell@pacifictrialattorneys.com |
| 4 | David W. Reid, Bar No. 267382 |
| 5 | dreid@pacifictrialattorneys.com |
|   | 4100 Newport Place, Suite 800 |
| 6 | Newport Beach, California  92660 |
| 7 | Telephone:  949-706-6464 |
|   | Facsimile:  949-706-6469 |
| 8 | *Attorneys for Plaintiff Carl's Jr. Restaurants LLC* |
| 9 | Bradley A. Chapin (State Bar No. 232885) |
|   | bchapin@rutan.com |
| 10 | Kathryn D.Z. Domin (State Bar No. 274771) |
| 11 | kdomin@rutan.com |
| 12 | RUTAN & TUCKER, LLP |
|    | 611 Anton Boulevard, Suite 1400 |
| 13 | Costa Mesa, California 92626-1931 |
| 14 | Telephone: 714-641-5100 |
|    | Facsimile: 714-546-9035 |
| 15 | *Attorneys for Defendants FRONTERA STAR FOODS, LLC, et al.* |

**UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| 18 | CARL'S JR. RESTAURANTS LLC, | CASE NO. 2:17-cv-01913-RSWL-SK |
| 19 | Plaintiff, | |
| 20 | vs. | **ORDER TO DISMISS WITHOUT PREJUDICE** |
| 21 | FRONTERA STAR FOODS, LLC, a Texas Limited Liability Company, | |
| 22 | MEXTE HOLDINGS, LLC, a Texas Limited Liability Company, | |
| 23 | INVERSIONES MEXTE, S. de. R.L. C.V., a Mexican limited liability corporation, JUAN MANUEL | |
| 24 | ALVARADO ERRASTI, GONZALO RUIZ WILLIS, CLAUDIA ORTIZ | |
| 25 | SALINAS, and JUAN ANTONIO | |
| 26 | GARZA MOUREY, | Complaint Filed: March 9, 2017 |
| 27 | Defendants. | |
| 28 | | |

1  Based upon the stipulation between the parties and their respective counsel,
2  it is hereby ORDERED that this action is dismissed without prejudice in its
3  entirety.  Each party will bear its own attorneys' fees and expenses.
4  IT IS SO ORDERED.

6  Date: January 25, 2018         By: s/ RONALD S.W. LEW
                                      HON. RONALD S. W. LEW
7                                     U.S. DISTRICT JUDGE